UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROLANDO VILLANUEVA,<br><br>                    Defendant. | Case No. 15-408 BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court received no information about defendant's ties to the community, residence, employment, or health.  Defendant presented no argument for release.

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

2    counsel;

3    (3)    On order of a court of the United States or on request of an attorney for the

4    Government, the person in charge of the correctional facility in which Defendant is confined

5    shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6    connection with a court proceeding; and

7    (4)    The Clerk shall provide copies of this order to all counsel, the United States

8    Marshal, and to the United States Probation and Pretrial Services Officer.

9    DATED this 4th day of September, 2015.

10

11

12    _____
      BRIAN A. TSUCHIDA
      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2